## Louis Meppen, Individually, and as Executor of Last Will and Testament of Wilhelmina Meppen, Deceased, Appellee, v. Arthur Meppen et al., Appellants.

### Gen. No. 10,009.

Heard in this court at the February term, 1945; opinion filed May 28, 1945; released for publication June 18, 1945. Warner & Warner, for appellants; Henry C. Warner, of counsel; Clyde Smith, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full.